**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00493-BNB

TYRON DUANTE SMALL,

    Plaintiff,

v.

DISTRICT ATTORNEY, who was prosacutor [sic] of the sexual assualt [sic] case
    against me in the months of July 2009, to May 2010, and
LAQUANESHA WHEATEN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Counsel to Repersent [sic] Me in this Civil Action," filed on March 31, 2011 (Doc. # 7) and "Motion for [Affidavit Discovery] and Transcript that is Background for My Claim," filed on March 31, 2011 (Doc. # 8) are DENIED as premature.

    Dated:  April 1, 2011