# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00493-BNB

TYRON SMALL,

     Plaintiff,

v.

DISTRICT ATTORNEY, who was prosacutor [sic] of the sexual assualt [sic] case
     against me in the months of July 2009, to May 2010, and
LAQUANESHA WHEATEN,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's "Motion for Requesting the Transcript and Discovery of this Case from Court," (Doc. # 13), and "Motion for Appointment of Counsel" (Doc. # 14) are DENIED as premature.

     Dated:  May 4, 2011