IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 7 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00493-BNB

TYRON SMALL,

    Plaintiff,

v.

DISTRICT ATTORNEY, who was prosacutor [sic] of the sexual assualt [sic] case
    against me in the months of July 2009, to May 2010, and
LAQUANESHA WHEATEN,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Tyron Small, is in the custody of the Colorado Department of Corrections (DOC) and is currently incarcerated at the Colorado State Penitentiary in Canon City, Colorado. He initiated this action by filing a prisoner complaint on February 28, 2011, and an amended complaint on March 24, 2011. He has been granted leave to proceed *in forma pauperis* without payment of an initial partial filing fee.

    On April 29, 2011, Magistrate Judge Boyd N. Boland determined that Mr. Small's amended complaint was deficient because it named improper parties and because Mr. Small failed to allege the personal participation of each named Defendant. Therefore, Mr. Small was ordered to file a second amended complaint and was warned that the action would be dismissed without further notice if he failed to file a second amended pleading within thirty days.

On May 3, 2011, Mr. Small filed motions requesting appointment of counsel and discovery in his case. Magistrate Judge Boland denied the motions as premature by minute order dated May 4, 2011.

Mr. Small has now failed to file a second amended complaint as directed by Magistrate Judge Boland, and he has not communicated with the Court since May 3, 2011. As a result, he has failed to file a second amended pleading within the time allowed. Therefore, the amended complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Amended Complaint and this action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to file a second amended pleading within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __7th__ day of ____June____, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00493-BNB

Tyron Small
Prisoner No. 150307
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

     I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 7, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk